UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
11/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: VP DEPUTY

| In the Matter of the Creation of the Calendar | ) ) ) ) ) ) ) ) | ORDER OF THE CHIEF JUDGE **23-128** |
|---|---|---|
| of | | |
| Judge KENLY KIYA KATO | | |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Kenly Kiya Kato,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fernando M. Olguin to the calendar of Judge Kenly Kiya Kato:

| | |
|---|---|
| 2:21-cv-05177-FMO-Ex | Sealed v. Sealed |
| 2:22-cv-02401-FMO-Ex | Line One Laboratories Inc. USA v. Wingpow International Limited et al. |
| 2:22-cv-03730-FMO-GJSx | The Breakfast Klub, Inc. v. 1600 Breakfast Club, LLC et al. |
| 2:22-cv-07394-FMO-PD | Terry Lovett v. County of Los Angeles et al. |
| 2:22-cv-08644-FMO-MRWx | Bobby Etri v. Aviator Nation, Inc. |
| 2:23-cv-00747-FMO-JCx | Jennifer L. Yessaian v. Novartis Pharmaceuticals Corporation et al. |
| 2:23-cv-04031-FMO-BFMx | EH Management LLC v. United States Small Business Administration et al. |
| 2:23-cv-04337-FMO-BFMx | Jennifor Gibson v. Sams West Inc. et al. |
| 2:23-cv-05685-FMO-JPRx | Restaurant Express Delight, LLC v. AMCO Insurance Company et al. |
| 2:23-cv-05979-FMO-SKx | Yeayo Russell v. County of Los Angeles |
| 2:23-cv-06598-FMO-ASx | Aarica Brittany v. Follett Higher Education Group, LLC et al. |
| 2:23-cv-08010-FMO-KSx | Moises Villalobos v. AV Battery Specialists Inc. et al. |

In the Matter of the
Creation of Calendar for
District Judge Kenly Kaya Kato                                                                                  2

| 2:23-cv-08304-FMO-SSCx | Ignacio Vera v. Mariscos Isla Azul Restaurant, Inc. et al. |
| 2:23-cv-08708-FMO-SKx | Board of Trustees Teamsters Miscellaneous Security Trust Fund v. Los Angeles County Metropolitan Transportation Authority et al. |

    On all documents subsequently filed in the case, please substitute the Judge initials KK after the case number in place of the initials of the prior Judge.

DATED: November 20, 2023

_____
Chief Judge Philip S. Gutierrez