**VEDDER PRICE (CA), LLP**
Thomas H. Petrides, Stein, Bar No. 117121
Lauren Wertheimer, Bar No. 327900
lwertheimer@vedderprice.com
1925 Century Park East, Suite 1900
Los Angeles, California 90067
T: +1 424 204 7700
F: +1 424 204 7702

Attorneys for Defendant
FOLLETT HIGHER EDUCATION GROUP,
LLC (fka Follett Higher Ed Group, Ltd.)

*(Additional Counsel of record on next page)*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARICA BRITTANY, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>FOLLETT HIGHER EDUCATION GROUP, LLC; FOLLETT HIGHER ED GROUP, LTD; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-06598−KK−AS<br><br>Assigned to Hon. Kenly Kiya Kato<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STATUS REPORT** |

1  **AEGIS LAW FIRM, PC**
   SAMUEL A. WONG, State Bar No. 217104
2  KASHIF HAQUE, State Bar No. 218672
3  JESSICA L. CAMPBELL, State Bar No. 280626
   jcampbell@aegislawfirm.com
4  KRISTY R. CONNOLLY, State Bar No. 328477
   kconnolly@aegislawfirm.com
5  9811 Irvine Center Drive, Suite 100
   Irvine, California 92618
6  Telephone: (949) 379-6250
7  Facsimile:  (949) 379-6251

8  Attorneys for Plaintiff Aarica Brittany,
   Individually and on behalf of all others similarly situated

1  Pursuant to the Court's Order on May 17, 2024 (Doc. 28) and December 4, 2024 (Doc. 30), Plaintiff Aarica Brittany ("Plaintiff") and Defendant Follett Higher Education Group, LLC ("Defendant") (collectively, the "Parties") hereby submit this Joint Status Report.

The Parties executed a class and representative PAGA settlement in May of 2024. On May 17, 2024, this Court granted the Parties' stipulation to stay this action while the Parties obtain approval of the settlement in California state court. On June 11, 2024, Plaintiff filed a Motion for Preliminary Approval in state court, which was granted on August 29, 2024. The hearing on Plaintiff's Motion for Final Approval is currently set for February 5, 2025, at 9:00 a.m.

Once the state court grants final approval and the judgment becomes final (which is defined as 61 days after notice of entry of final judgment is served if no appeal is taken), Defendant will have 10 business days to fund the settlement and the Settlement Administrator will then have 15 days to distribute the settlement funds. Pursuant to the Parties' stipulation to stay this action, Plaintiff will request a dismissal of this action within 7 days after the judgment becomes final. If the state court grants final approval at the February 5, 2025 hearing, and no appeals are filed, Plaintiff expects that dismissal of this case will occur by April 14, 2024.

Dated:   December 5, 2024               VEDDER PRICE (CA), LLP

                                        By: */s/ Thomas H. Petrides*
                                            Thomas H. Petrides
                                            Lauren Wertheimer

                                        Attorneys for Defendant
                                        FOLLETT HIGHER EDUCATION
                                        GROUP, LLC (fka Follett Higher Ed
                                        Group, Ltd.)

Dated: December 5, 2024          AEGIS LAW FIRM, PC

By: */s/ Kristy R. Connolly*
Jessica L. Campbell
Kristy R. Connolly
Kashif Haque
Samuel A. Wong

Attorneys for Plaintiff
AARICA BRITTANY

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 5, 2024          AEGIS LAW FIRM, PC

By: */s/ Kristy R. Connolly*
Jessica L. Campbell
Kristy R. Connolly
Kashif Haque
Samuel A. Wong

Attorneys for Plaintiff
AARICA BRITTANY