1  **VEDDER PRICE (CA), LLP**
2  Thomas H. Petrides, Bar No. 117121
   tpetrides@vedderprice.com
3  Lauren Wertheimer, Bar No. 327900
4  lwertheimer@vedderprice.com
   1925 Century Park East, Suite 1900
5  Los Angeles, California 90067
6  T: +1 424 204 7700
   F: +1 424 204 7702
7
8  Attorneys for Defendant
   FOLLETT HIGHER EDUCATION GROUP,
9  LLC (fka Follett Higher Ed Group, Ltd.)
10
   *(Additional Counsel of record on next page)*
11
12              **UNITED STATES DISTRICT COURT**
13              **CENTRAL DISTRICT OF CALIFORNIA**
14

| | |
|---|---|
| AARICA BRITTANY, an individual, | Case No. 2:23-cv-06598−KK−AS |
| Plaintiff, | Assigned to Hon. Kenly Kiya Kato |
| vs. | **CLASS ACTION** |
| FOLLETT HIGHER EDUCATION GROUP, LLC; FOLLETT HIGHER ED GROUP, LTD; and DOES 1 through 20, inclusive, | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| Defendants. | |

**AEGIS LAW FIRM, PC**
SAMUEL A. WONG, State Bar No. 217104
KASHIF HAQUE, State Bar No. 218672
JESSICA L. CAMPBELL, State Bar No. 280626
jcampbell@aegislawfirm.com
KRISTY R. CONNOLLY, State Bar No. 328477
kconnolly@aegislawfirm.com
9811 Irvine Center Drive, Suite 100
Irvine, California 92618
Telephone: (949) 379-6250
Facsimile:  (949) 379-6251

Attorneys for Plaintiff Aarica Brittany,
Individually and on behalf of all others similarly situated

This Joint Stipulation is made by and between Plaintiff Aarica Brittany ("Plaintiff") and Defendant Follett Higher Education Group, LLC (formerly known as Follett Higher Ed Group, Ltd.) ("Defendant") (Plaintiff and Defendant are referred to collectively as the "Parties" and individually as a "Party") by and through their counsel of record.

## RECITALS

A. WHEREAS, on June 16, 2023, Plaintiff filed this wage and hour putative class action complaint against Defendant in the Los Angeles County Superior Court.

B. WHEREAS, on August 11, 2023, Defendant removed this case to the U.S. District Court for the Central District of California (the "Action").

C. WHEREAS, on September 6, 2023, Plaintiff filed a separate representative action pursuant to Labor Code § 2698, *et seq* ("PAGA") in Los Angeles County Superior Court, Case No. 23STCV21385 (the "State Court Action");

D. WHEREAS, on March 25, 2024 and April 24, 2024, the Parties attended private mediation with Kristin Rizzo, Esq., a respected wage and hour mediator, and agreed to globally settle this Action and the State Court Action (together the "Actions");

E. WHEREAS, pursuant to the Parties' settlement agreement, their proposed global settlement of the Actions was submitted to the State Court for the County of Los Angeles for review and approval in the State Court Action because the settlement was less than five million dollars ($5,000,000);

F. WHEREAS, on February 5, 2025, the State Court granted final approval of the settlement and entered judgment;

G. WHEREAS, the Judgment is now final as there were no appeals to the State Court's final approval order.

NOW THEREFORE, the Parties stipulate and agree as follows:

1. This action shall be dismissed with prejudice; and
2. Each Party shall bear their own fees and costs in this Action.

**IT IS SO STIPULATED.**

Dated: April 14, 2025          VEDDER PRICE (CA), LLP

By: */s/ Thomas H. Petrides*
      Thomas H. Petrides

Attorneys for Defendant
FOLLETT HIGHER EDUCATION GROUP, LLC (fka Follett Higher Ed Group, Ltd.)

Dated: April 14, 2025          AEGIS LAW FIRM, PC

By: */s/ Kristy R. Connolly*
      Jessica L. Campbell
      Kristy R. Connolly
      Kashif Haque
      Samuel A. Wong

Attorneys for Plaintiff
AARICA BRITTANY

## **ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

- 3 -

| | | |
|---|---|---|
| Dated: | April 14, 2025 | AEGIS LAW FIRM, PC |

By: */s/ Kristy R. Connolly*
Jessica L. Campbell
Kristy R. Connolly
Kashif Haque
Samuel A. Wong

Attorneys for Plaintiff
AARICA BRITTANY