1

2

3

4

5

6

7

8

9

10

11

12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARICA BRITTANY, an individual, | Case No.  2:23-cv-06598−KK−AS |
| Plaintiff, | Assigned to Hon. Kenly Kiya Kato |
| vs. | **CLASS ACTION** |
| FOLLETT HIGHER EDUCATION GROUP, LLC; FOLLETT HIGHER ED GROUP, LTD; and DOES 1 through 20, inclusive, | **ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE

# ORDER

Having reviewed and considered the Joint Stipulation to Dismiss Action With Prejudice, submitted by Plaintiff Aarica Brittany ("Plaintiff") and Defendant Follett Higher Education Group, LLC (formerly known as Follett Higher Ed Group, Ltd.) ("Defendant") (collectively, the "Parties"), and good cause appearing for approval of the same, IT IS HEREBY ORDERED that:

1.     This action is dismissed with prejudice; and

2.     The Parties shall each bear their own respective fees and costs.

IT IS SO ORDERED.

Dated:  April 14, 2025

_____
Hon. Kenly Kiya Kato
UNITED STATES DISTRICT
COURT JUDGE

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE